# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

February 7, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Oscar Valdes-Garcia
16 Cr. 387 (JMF)

Dear Judge Furman:

I write with consent of the government seeking to adjourn the May 21st, 2020 sentence in this matter to a date in September 2020 that is convenient for the court. The reason for this request is that the trial date was adjourned to June 1st, 2020. We think that the trial will illuminate Mr. Valdes-Garcia's role in the organization and relative culpability, information which will be relevant to his sentence.

If your Honor has any questions regarding this matter, it is respectfully requested that you contact the undersigned. Thank you very much for your attention.

Respectfully submitted,

David Stern

Application GRANTED. Sentencing is ADJOURNED to September 15, 2020, at 3:30 p.m. SO ORDERED. The Clerk of Court is directed to terminate Doc. #362.

February 11, 2020