ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  Tel: (212) 571-5500
JEREMY SCHNEIDER  Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
_____

RACHEL PERILLO

December 21, 2021

By ECF
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: United States v. Oscar Valdez-Garcia
           16 Cr. 387 (JMF)

Dear Judge Furman:

    I am the attorney for Oscar Valdez-Garcia in the above captioned matter. I write without objection from the government, by AUSA Justin Rodriguez, to respectfully request an adjournment of sentencing, presently scheduled for January 19, 2022, to a date in May 2022. An adjournment is needed because we are still in the process of gathering family letters to be included with our sentencing submission and are having difficulty locating some of Mr. Valdez-Garcia's family members who have been displaced by the COVID-19 pandemic. We therefore need additional time to gather letters and prepare our submission. I am informed by the government that the trial of the two remaining defendants in this case is scheduled to begin on March 16, 2022. Therefore, an adjournment to May 2022 would be most convenient for the government. If the Court has any questions regarding this application please contact my office.

                                                 Respectfully submitted,
                                                       /s/
                                                 David Stern

Application GRANTED. Sentencing is hereby ADJOURNED to May 11, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #592. SO ORDERED.

*[signature]*

December 21, 2021