ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

_____

RACHEL PERILLO

May 26, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to July 14, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #752. SO ORDERED.*

*May 26, 2022*

Re:     United States v. Oscar Valdez-Garcia
        16 Cr. 387 (JMF)

Dear Judge Furman:

I am the attorney for Oscar Valdez-Garcia in the above captioned matter.  I write without objection from the government, by AUSA Justin Rodriguez, to respectfully request a thirty day adjournment of sentencing, which is presently scheduled for June 13, 2022 at 3:00 p.m.

I make this request because my office recently received a draft expert psychiatric report and additional time is needed to review and finalize the report prior to sentencing.  Additionally, upon meeting with Mr. Valdez-Garcia at the Metropolitan Detention Center yesterday, I learned that he was recently injured while in custody and I will therefore be making a request to obtain his medical records from the BOP.  Accordingly, additional time is needed to obtain and review these records.

Based on these reasons, it is respectfully requested that Mr. Valdez-Garcia's sentence be adjourned to the week of July 11, 2022.   If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

cc:     AUSA Justin Rodriguez (ECF)