ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                                Tel: (212) 571-5500
Robert A. Soloway                                                               Fax: (212) 571-5507
David Stern

———————————

Rachel Perillo

July 12, 2022

**By ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. Sentencing is hereby ADJOURNED to August 16, 2022, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #774. SO ORDERED.

*[signature]*

July 12, 2022

      Re:     United States v. Oscar Valdes-Garcia
               <u>16 Cr. 387 (JMF)</u>

Dear Judge Furman:

      I am the attorney for Oscar Valdes-Garcia, the defendant in the above-referenced matter, who is scheduled to be sentenced on Thursday, July 14, 2022 at 2:15 p.m.  Due to medical reasons that have been disclosed to the Court and the government, I am unable to appear for the sentencing proceeding.  It is therefore respectfully requested that the sentence be postponed to a date in mid-August that is convenient for the Court.  The government, by AUSA Justin Rodriguez, has no objection to this request.

      If the Court has any questions, please do not hesitate to contact me.  The Court's time and attention to this matter is appreciated.

                                                            Respectfully submitted,
                                                                /s/
                                                             David Stern

cc:     All counsel (ECF)