ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | | |
|---|---|---|
| **Franklin A. Rothman** <br> Jeremy Schneider <br> Robert A. Soloway <br> David Stern <br> ———— <br> Rachel Perillo | *Application GRANTED. The Clerk of Court is directed to terminate Doc. #788. SO ORDERED.* <br><br> *[signature]* <br><br> *September 16, 2022* | Tel: (212) 571-5500 <br> Fax: (212) 571-5507 |

September 15, 2022

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  United States v. Oscar Valdez-Garcia
           16 Cr. 387 (JMF)

Dear Judge Furman:

    I represented Oscar Valdez-Garcia in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 32.3 hours, nunc pro tunc to June 24, 2021, assisting me in this matter. Much of that time involved legal research, reviewing the pre-sentence report and work on the sentencing submission. None of Ms. Perillo's work was duplicative.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Valdez-Garcia in this matter.  Thank you very much.

                                            Sincerely,

                                            *David Stern*

                                            David Stern

DS/sc